IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**NATASHA WALKER JONES**                                                                 **PLAINTIFF**

v.                                    Case No. 4:23-cv-392-JM

**ARKANSAS DEPARTMENT OF HEALTH**                                        **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED with prejudice.

IT IS SO ADJUDGED this 21st day of May, 2025.

_____
UNITED STATES DISTRICT JUDGE